IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01068-CMA-MEH

KATHY ALDRIDGE,

    Plaintiff,

v.

ACADEMY COLLECTION SERVICE, INC., a Pennsylvania corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 23, 2009.**

    The Stipulated Motion for Entry of Protective Order [filed July 22, 2009; docket #8] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.