IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01068-CMA-MEH

KATHY ALDRIDGE,

    Plaintiff,

v.

ACADEMY COLLECTION SERVICE, INC., a Pennsylvania corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 8, 2009.**

    Pending before the Court is Defendant's Motion to Vacate Settlement Conference [filed September 4, 2009; docket #15]. Typically, the motion would be stricken for failure to comply with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail). However, even if the Plaintiff were to oppose the motion, the Court recognizes the difficulty of engaging in settlement negotiations with a party who feels the matter is not ripe for negotiations. *See* May 12, 2009 Order [docket #4] at 3. Therefore, the motion is **granted**. Counsel for the parties shall conference together and call my Chambers at (303) 844-4507 to obtain an alternate date for the conference.